Appeals for the Eighth Circuit denied. *Mr. Charles T. Coleman* for petitioners. *Mr. Lamar Williamson* for respondent.

No. 995. BACHMAN *v.* DAVIS, RECEIVER. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William S. Oppenheim* for petitioner. *Mr. Lewis C. Jesseph* for respondent.

No. 1011. PROVIDENT LIFE & ACCIDENT INSURANCE Co. *v.* CRADY. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. B. Sizer* for petitioner. *Mr. Haveth E. Mau* for respondent.

No. 1031. SHEPARD BROADCASTING SERVICE, INC. ET AL. *v.* AEOLIAN-SKINNER ORGAN Co. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Paul D. P. Spearman* for petitioners. *Messrs. Robert Cushman* and *Clarence S. Walker* for respondent.

No. 1032. PARKER, ADMINISTRATOR, ET AL. *v.* JAMES GRANGER, INC. ET AL. See *ante,* p. 644.

No. 1051. DeBENQUE *v.* UNITED STATES. June 1, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James J. Laughlin* for petitioner. No appearance for the United States.